UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> GROSSI, SAMUEL & SONS, INC. d/b/a SAMUEL GROSSI & SONS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:05cv01940 |

## AFFIDAVIT OF SERVICE
## ON DEFENDANT SAMUEL GROSSI & SONS, INC.

I hereby affirm that a copy of Plaintiffs' complaint, summons, and Initial Electronic Case Filing Order and ECF registration forms were served on the Defendant Samuel Grossi & Sons, Inc. on October 7, 2005, via overnight mail to the following address:

      Samuel Grossi & Sons, Inc.
      2526 State Road
      Bensalem, PA   19020

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Date: _10/11/05_____ | _____/s/_____<br>Brent Glodowski<br>SLEVIN & HART, P.C.<br>1625 Massachusetts Ave., N.W.,<br>Suite 450<br>Washington, D.C. 20036<br>(202) 797-8700<br><br>Paralegal |

H:\Users\BGG\150\193 (Grossi)\AffofService.wpd