

Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

**Tracking**

**Tracking**

Log-in  User ID:              Password:            →  | Forgot Password

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

**Track by Tracking Number**

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 7, 2005 10:07 A.M. |
| **Signed by:** | THORPE |
| **Location:** | FRONT DESK |
| **Delivered to:** | BENSALEM, PA, US |
| **Shipped or Billed on:** | Oct 6, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9231 024 8 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 7, 2005 | | |
| 10:07 A.M. | HORSHAM, PA, US | DELIVERY |
| 5:13 A.M. | HORSHAM, PA, US | OUT FOR DELIVERY |
| 4:30 A.M. | HORSHAM, PA, US | ARRIVAL SCAN |
| 3:36 A.M. | LAWNSIDE, NJ, US | DEPARTURE SCAN |
| 12:52 A.M. | LAWNSIDE, NJ, US | ARRIVAL SCAN |
| Oct 6, 2005 | | |
| 9:32 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 7:23 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 2:59 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 11:18 A.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 4:20 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary



Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processRequest          10/10/2005