UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) |  |
| **Plaintiffs,** | ) ) |  |
| v. | ) ) | Civil Action No. 1:05cv01940 |
| GROSSI, SAMUEL & SONS, INC. d/b/a SAMUEL GROSSI & SONS, INC. | ) ) ) |  |
| **Defendant.** | ) ) ) |  |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify this 7th day of November, 2005, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant, Grossi, Samuel & Sons, Inc. d/b/a Samuel Grossi & Sons, Inc. was served with process via overnight mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(e)(1) and DC Code sec. 13-431(a)(2), at following address.

> Eugene Grossi, President
> Samuel Grossi & Sons, Inc.
> 2526 State Road
> Bensalem, PA   19020

I further certify that: no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiff; although an extension has been given, the time for filing has expired; and that the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

        /s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

Dated:   11/7/05

H:\Users\BGG\150 (NSPF)\193 (Grossi)\AffSupportDeft2.wpd