Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND et al.
    Plaintiff(s)

Civil Action No. 05-1940(RCL)

V.

GROSSI, SAMUEL AND SONS, INC.
    Defendant(s)

RE: GROSSI, SAMUEL AND SONS, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 7, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of November, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk