UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND, et al.**) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-01940 (RCL)** |
| ) | |
| **GROSSI, SAMUEL AND SONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Since proof of service has been filed against defendant GROSSI, SAMUEL AND SONS, INC., and default has been entered by the Clerk, plaintiff shall, within 10 days, file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Civil Rule 83.23.

**SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge on December 6, 2005.