UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.*           **Plaintiffs,**<br><br>v.<br><br>**GROSSI, SAMUEL & SONS, INC.** **d/b/a SAMUEL GROSSI & SONS, INC.**<br><br>         **Defendant.** | Civil Action No. 1:05cv01940 |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendants as follows:

1. Judgment ordering Defendant Grossi, Samuel & Son's Inc d/b/a Samuel Grossi & Sons, Inc. (collectively "Defendants") to pay to Plaintiffs National Shopmen Pension Fund ("Fund") and its Trustees delinquent monthly contributions owed by Defendants to the Fund for the month of October 2005, in the estimated total of $13,648.20;

2. Judgment ordering Defendants to pay to Plaintiffs interest, calculated at the rate of 7% per annum from the date each contribution was due until the date paid, on delinquent contributions due for May through October 2005, in the estimated total of $578.66;

3.  Judgment ordering Defendants to pay to Plaintiffs liquidated damages, calculated at the rate of 20% of the amount of each delinquent monthly contribution unpaid at the time suit was filed, for contributions due during the period May through October 2005, in the estimated amount of $14,275.56;

4.  Judgment ordering Defendants to pay to Plaintiffs the Fund's attorneys' fees and costs incurred from December 23, 2004 through December 7, 2005 in the amount of $2,977.85;

5.  Judgment ordering Defendants to submit to Plaintiffs, no later than sixty (60) days after the date of entry of the Court's Order, separate monthly remittance reports for the months of the delinquent period through the date of Judgment, setting forth all compensable hours of all employees covered by the collective bargaining agreement;

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities, Declaration of A. H. Higgs, Jr., and Affidavit of Marc H. Rifkind, Esq. Plaintiffs request that the Court retain jurisdiction pending receipt and analysis by the Fund of Defendants' missing remittance reports, so that a supplemental order may be entered in the event that any additional amounts are found to be due from Defendants to Plaintiffs.

Respectfully submitted,

Dated: 12/14/05

/s/ Marc H. Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

H:\Users\BGG\150 (NSPF)\193 (Grossi)\MDJ2.wpd