UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND, et. al.,** )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>**GROSSI, SAMUEL & SONS, INC.** )<br>**d/b/a SAMUEL GROSSI & SONS, INC.** )<br>)<br>  Defendant. )<br> ) | Civil Action No. 05-1940 (RCL) |

## ORDER

Upon consideration of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendant, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that default judgment be entered in favor of the National Shopmen Pension Fund, and its Trustees as follows:

1. Defendant shall pay to the National Shopmen Pension Fund delinquent contributions owed for the month of October 2005 in the amount of $13,648.20;

2. Defendant shall further pay to Plaintiffs all interest, calculated at the rate of 7% from the date contributions were due until the date paid, on delinquent monthly contributions due during the period from May through October 2005, in the amount of $578.66;

3. Defendant shall further pay liquidated damages, for each delinquent monthly contribution in an amount equal to the greater of interest accrued on that monthly contribution or 20% of the contribution unpaid at the time of filing suit or becoming delinquent thereafter, for delinquent contributions in the amount of $14,854.22.

4. Defendant shall further pay Plaintiffs the amount of $2,977.85 for attorney's fees and costs incurred by Plaintiff from December 23, 2004 through December 7, 2005, provided that Plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

5. Defendant shall submit to Plaintiffs, no later than ten days after the date of the Court's Order, separate monthly remittance reports for the month of October 2005, and any other month through the date of Judgment for which no report was submitted, in the form required by Plaintiff Trustees, setting forth all compensable hours of all employees covered by the collective bargaining agreement.

6. Defendant shall submit to payroll audit by Plaintiffs.

The Court will retain jurisdiction over this matter so that Plaintiffs may apply for a supplemental judgment in the event that the reports required by paragraph 4 above demonstrate that additional contributions beyond those ordered to be paid by this judgment are due.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.