UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>GROSSI, SAMUEL & SONS, INC. )<br>d/b/a SAMUEL GROSSI & SONS, INC. )<br>)<br>**Defendant.** )<br>) | Civil Action No. 1:05cv01940 |

## MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendants as follows:

1. Judgment ordering Defendant Grossi, Samuel & Son's Inc d/b/a Samuel Grossi & Sons, Inc. (collectively "Defendants") to pay to Plaintiff National Shopmen Pension Fund ("Fund") unpaid monthly contributions owed by Defendant to the Fund for the month of March 2006 in the estimated amount of $16,451.70;

2. Judgment ordering Defendant to pay to the Fund interest, calculated at the rate of 7% per annum from the date each contribution was due until date paid or if unpaid through April 30, 2006 in the amount of $658.62 or if unpaid, through the date of judgment, on delinquent contributions due for November 2005 through March 2006;

3. Judgment ordering Defendant to pay to Plaintiffs liquidated damages, calculated at

the rate of 20% of the amount of each delinquent monthly contribution unpaid at the time suit was filed, for contributions due during the period November 2005 through March 2006 in the amount of $14,611.79;

    4.    Judgment ordering Defendant to pay to the Fund's attorneys' fees and costs incurred by the Fund in this action in the amount of $1,552.97;

    5.    Judgment ordering Defendant to submit to the Fund, no later than ten days after the date of entry of the Court's Order, separate monthly remittance reports for the months of the delinquent period through the date of Judgment, setting forth all compensable hours of all employees covered by the collective bargaining agreement;

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities, Declaration of A. H. Higgs, Jr., and Affidavit of Marc H. Rifkind, Esq. Plaintiffs request that the Court retain jurisdiction pending receipt and analysis by the Fund of Defendants' missing remittance reports, so that a supplemental order may be entered in the event that any additional amounts are found to be due from Defendant to the Fund .

                      Respectfully submitted,

Dated: May 2, 2006            /s/ Marc Rifkind
                                  Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                  SLEVIN & HART, P.C.
                                  1625 Massachusetts Avenue, NW, Suite 450
                                  Washington, DC   20036
                                  202-797-8700  (Telephone)
                                  202-234-8231  (Facsimile)

                                  Counsel for Plaintiff

H:\Clients\0150\193\Supplemental Judgment\MSJ.wpd