UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> GROSSI, SAMUEL & SONS, INC. d/b/a SAMUEL GROSSI & SONS, INC. <br><br> Defendant. | Civil Action No. 1:05cv01940 |

## SUPPLEMENTAL AFFIDAVIT OF MARC H. RIFKIND, ESQ.

I, Marc H. Rifkind, hereby certify that:

1. I am an attorney admitted to practice in the District of Columbia.

2. I received my J.D. degree in 1987 from the University of Michigan.

3. I am presently engaged in the practice of law in the District of Columbia as a principal in the firm of Slevin & Hart, P.C.. The firm is engaged primarily in the practice of employee benefits law and regularly represents joint labor-management employee benefit funds. I have practiced in the field of employee benefit law for approximately 18 years.

4. Brent Glodowski, and Josh Grant are legal assistants employed by the firm.

5. The firm of Slevin & Hart regularly performs legal services for the National Shopmen Pension Fund. The firm is frequently asked by the Trustees of the Fund to collect delinquent contributions owed to the Fund pursuant to collective bargaining agreements between locals affiliated with the Fund and participating employers.

6. The hourly rate charged by Slevin & Hart to Plaintiffs' Fund for my services was $210.00 per hour and as of March 1, 2006 is now $240.00 per hour. The hourly rate charged by the firm to the Fund for Mr. Glodowski and Mr. Grant was $90.00 per hour and as of March 1, 2006 is now $95.00 per hour.

7. The attorney's fees in this matter are $1,498.50, based upon 2.2 hours of counsel time spent at an hourly rate of $240.00 ($528.00) and .6 hours of counsel time spent at an hourly rate of $210.00 ($126.00); and 4.0 hours of paralegal time spent at an hourly rate of $90.00 ($360.00) and 5.1 hours of paralegal time spent at an hourly rate of $95.00 ($484.50). Time spent by counsel and legal assistants includes: time spent preparing and filing initial default judgment; various correspondence with the Fund office regarding outstanding contributions; time spent researching and retaining local counsel; and time spent preparing and drafting motion for supplemental judgment pleadings.

8. Costs in this matter are in the amount of $54.47 and consist of the following: $18.00 in court filing fees; $21.72 in copy and postage fees; and $12.67 in UPS charges; and $2.08 in internet research expenses.

9. In light of the facts set forth herein, the undersigned submits that Plaintiff's claim for fees in this case is reasonable.

Dated:   May 2, 2006                        /s/ Marc Rifkind
                                            Marc H. Rifkind, Esq.  Bar No. 416183 (DC)
                                            SLEVIN & HART, P.C.
                                            1625 Massachusetts Ave., N.W., Suite 450
                                            Washington, D.C.  20036
                                            (202) 797-8700

H:\Clients\0150\193\Supplemental Judgment\SupplMHRAff.wpd