UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br>                   Plaintiffs, <br><br>                 v. <br><br> GROSSI, SAMUEL & SONS, INC. <br> d/b/a SAMUEL GROSSI & SONS, INC. <br><br>                 Defendant. | Civil Action No. 1:05cv01940 |

**SUPPLEMENTAL ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendant, it is hereby:

ORDERED, that the Plaintiffs' motion is, granted and that supplemental judgment be entered in favor of the National Shopmen Pension Fund, and its Trustees as follows:

1.    Defendants shall pay to the National Shopmen Pension Fund ("Fund") delinquent contributions owed for the month of March 2006 in the estimated total of $16,451.70;

2.    Defendant shall further pay to the Fund interest, calculated at the rate of 7% from the date contributions were due until the date paid, on delinquent monthly contributions until the earlier of the date paid or the April 30, 2006 in the amount of $658.62;

3.    Defendant shall further pay liquidated damages, for each delinquent monthly

contribution in an amount equal to the greater of interest accrued on that monthly contribution or 20 percent of the contribution unpaid at the time of filing suit or becoming delinquent thereafter, for delinquent contributions during the period November 2005 through March 2006 in the amount of $14,611.79;

    4.    Defendant shall further pay the Fund the amount of $1,552.97 for attorney's fees and costs incurred by Plaintiff from December 8, 2005 through April 24, 2006, provided that Plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

    5.    Defendant shall submit to the Fund no later than ten days after the date of the Court's Order, separate monthly remittance reports for the month of March 2006, and any other month through the date of Judgment for which no report was submitted, in the form required by Plaintiff Trustees, setting forth all compensable hours of all employees covered by the collective bargaining agreement.

The Court will retain jurisdiction over this matter so that Plaintiffs may apply for a supplemental judgment in the event that the reports required by paragraph 4 above demonstrate that additional contributions beyond those ordered to be paid by this judgment are due.

    _____

    Honorable _____

    Dated:

    _____

H:\Clients\0150\193\Supplemental Judgment\SJO.wpd